*[handwritten: #107  #128143]*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

**FILED**

2009 DEC -9 PM 2: 18

CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

In re:   CRAWFORD, BRET A., SR.               Case No. 08-33764
         CRAWFORD, TERI A.

          Debtor(s)                           Chapter 7

                                              Judge Richard L.  Speer

### TRANSMITTAL OF UNCLAIMED FUNDS

Ericka S. Parker, Trustee in the above-captioned estate reports the following:

1. Ninety days have passed since the final distribution was made in this case.  A stop payment has been issued on all checks remaining unpaid.  The names of the persons to whom such unnegotiated checks were issued, the amount of such check and their last known addresses are:

| Name | Address | Amount |
|---|---|---|
| Recovery Management Corp. for Capital Recovery II, dba Household Bk, 25 SE 2nd Ave., Suite 1120, Miami, FL  33131 | | $92.86 |

2. Your Trustee's check for $ 92.86 payable to the Clerk of the United States Bankruptcy court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date:   12/8/2009                     _Ericka Parker_
                                      Ericka S. Parker, Trustee

Office of the U. S. Trustee
*Served electronically

ep\unclafunds.frm